Mary MacDONALD, Appellant,

v.

Scott MacDONALD, Respondent.

No. ED 83446.

Missouri Court of Appeals,
Eastern District,
Division Four.

Sept. 14, 2004.

Gretchen R. Szydlowski, Mary Ann Weems, St. Louis, MO, for appellant.

Byron Cohen, Clayton, MO, for respondent.

Before LAWRENCE E. MOONEY, P.J., LAWRENCE G. CRAHAN, J., and MARY K. HOFF, J.

### ORDER

PER CURIAM.

Mary MacDonald appeals the family court judgment modifying her decree of dissolution from Scott MacDonald. We have reviewed the briefs of the parties and the record on appeal and find no error of law. An extended opinion would serve no jurisprudential purpose. We have, however, provided a memorandum opinion for the use of the parties only setting forth the reasons for our decision. The judgment is affirmed pursuant to Rule 84.16(b).